IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **ROBERT HUMES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 19-cv-3050 |
| **SAMUEL ROSARIO,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 44). Magistrate Judge Schanzle-Haskins recommends that this Court: (1) adopt his Findings of Fact and Conclusions of Law; (2) grant in part and deny in part Plaintiff's Motion for Attorney's Fees (d/e 43); and (3) enter judgment in favor of Plaintiff Robert Humes and against Defendant Samuel Rosario in the total sum of $71,047.75, consisting of $10,000 in compensatory damages, $50,000 in punitive damages, and $11,047.75 in attorney's fees and costs.

Objections to the Report and Recommendation were due on or before March 9, 2022. No timely objections have been filed.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). If no objection or only partial objection is made, the district judge reviews those unobjected portions for clear error. <u>Johnson v. Zema Sys. Corp.</u>, 170 F.3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After reviewing the record, the Report and Recommendation, and the parties' motions and memoranda, as well as the applicable law, the Court finds no clear error in Magistrate Judge Schanzle-Haskins's Report and Recommendation.

It is, therefore, ORDERED:

**(1)   The Report and Recommendation of United States Magistrate Judge Schanzle-Haskins (d/e 44), and the Findings of Fact and Conclusions of Law set forth therein, are ACCEPTED and ADOPTED.**

(2)   Plaintiff's Motion for Attorney's Fees (d/e 43) is GRANTED IN PART and DENIED IN PART.  As set forth in Magistrate Judge Schanzle-Haskins's Conclusions of Law, Plaintiff is not entitled to the sums requested in the Motion for Attorney's Fees.  However, Plaintiff is entitled to $11,047.75 in attorney's fees and costs.

(3)   The Clerk is DIRECTED to enter judgment in favor of Plaintiff Robert Humes and against Defendant Samuel Rosario in the total sum of $71,047.75, consisting of $10,000 in compensatory damages, $50,000 in punitive damages, and $11,047.75 in attorney's fees and costs.

(4)   This case is CLOSED.  Any pending motions are DENIED as MOOT, any pending deadlines are TERMINATED, and any scheduled settings are VACATED.

ENTER:  March 11, 2022

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE